THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD FRISCH, Alias FRED HARRIS, Appellant, v. THOMAS F. REYNOLDS, Sheriff of the County of Westchester,

Respondent.— Motion for a stay granted; the appellant to remain in the custody of the sheriff of Westchester county until the further order of the court. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.